FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAY 22 P 12:54

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          :
                                  :
        Plaintiff                 :
                                  :
    v.                            :   Civil No. F S02CV1747
                                  :
RICHARD E. BLEVINS and            :
VALERIE L. BLEVINS,               :
                                  :
        Defendants.               :
                                  :
                               o0o

## ORDER

Upon consideration of the Petition to Foreclose of the United States of America, acting on behalf of the Farm Service Agency, a successor to the Farmers Home Administration, United States Department of Agriculture, an agency of the United States of America, by Thomas M. DiBiagio, United States Attorney for the District of Maryland, and Larry D. Adams, Assistant United States Attorney for said District, seeking sale of certain real property described in the Real Estate Mortgages referred to in said Petition, it is this 22nd day of May, 2002.

**ORDERED:**

1. The United States Marshal for the District of Maryland is hereby appointed Trustee without bond.

2. The Trustee is hereby directed to sell on behalf of the Farm Service Agency, its successors or assigns, or its duly

authorized attorney, the property set forth in the Real Estate Mortgages in accordance with the terms and powers conferred upon him in paragraph 23, of the mortgage after notice pursuant to Rule 14-206 of the Maryland Rules of Procedure and by advertisement of the time, place and terms of sale in each county in which any portion of the property is located, in a newspaper published in such county, if there be one so published, and, if not, in a newspaper having a substantial circulation in such county. Such notice shall be given at least once a week for four (4) successive weeks, the first such publication to be not less than four (4) weeks prior to the sale and the last such publication to be not more than one week prior to sale, and such notice shall describe the property to be sold to such an extent as to make it readily recognizable.

3. The terms of the sale shall be all cash; a deposit of fifteen percent (15%) of the purchase price shall be required at the time of the sale, the balance to be paid within ten (10) days after final ratification of the sale by this Court. In the event of default by the purchaser, the property shall be resold at the risk and cost of the defaulting purchaser.

4. After the Trustee has complied with the order of this Court, the sale shall be reported back to this Court for approval and ratification.

5. The proceeds of the sale shall be deposited into the account of the United States Marshal to be distributed as the Court shall direct after review and accounting thereof.

_____
Frederic N. Smalkin
UNITED STATES DISTRICT JUDGE